AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00059 |
| JORDAN BONENBERGER | ) Assigned To: Meriweather, Robin M. |
|  | ) Assign. Date: 3/11/2022 |
|  | ) Description: Complaint with Arrest Warrants |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  JORDAN BONENBERGER ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/14/2022

2022.03.14 14:29:09 -04'00'
_Issuing officer's signature_

City and state: Washington, D.C.        Robin M Meriweather, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) 03/14/2022 , and the person was arrested on (date) 03/18/2022
at (city and state) Pittsburgh, PA .

Date: 03/18/2022

_Arresting officer's signature_

Matthew L. Dunleavy, Special Agent - FBI
_Printed name and title_